IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MELANIE KRIGBAUM**  **PLAINTIFF**
**#254343**

V.      NO. 3:25-cv-00173-DPM-ERE

**DOES**      **DEFENDANTS**

**ORDER**

On September 12, 2025, mail sent to *pro se* plaintiff Melanie Krigbaum from the Court was returned as undeliverable with the notation "return to sender." *Doc. 3.*

Ms. Krigbaum has failed to inform the Court of her current address, as required by Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Ms. Krigbaum about her lawsuit.

IT IS THEREFORE ORDERED THAT:

1. If Ms. Krigbaum wants to pursue this case, she must notify the Court of her current address within 30 days.

2. Failure to comply with this Order is likely to result in the dismissal of this lawsuit.

SO ORDERED 15 September 2025.

_____
UNITED STATES MAGISTRATE JUDGE