IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MELANIE KRIGBAUM**  **PLAINTIFF**
**#254343**

v.  No: 3:25-cv-173-DPM

**DOES, Cross County**
**Detention Center**  **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Krigbaum hasn't updated her address; and the time to do so has passed. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2025