IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MELANIE KRIGBAUM**  **PLAINTIFF**
**#254343**

v.  No: 3:25-cv-173-DPM

**DOES, Cross County**
**Detention Center**  **DEFENDANTS**

## JUDGMENT

Krigbaum's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2025